# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REBECCA CAMPBELL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DREXEL UNIVERSITY, LEWIS BENNETT,** | : | |
| **FERNE COHEN, TARA HAFYCZ,** | : | |
| **ANESTHESIA SERVICES, P.A. and** | : | |
| **CHRISTIANACARE HEALTH SYSTEMS,** | : | |
| **INC.** | : | **NO. 24-192** |

## ORDER

**NOW**, this 3rd day of June, 2025, upon consideration of defendant's Motion For Summary Judgment (Doc. No. 50), the plaintiff's response, and the defendant's reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

_____
TIMOTHY J. SAVAGE, J.