**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **REBECCA CAMPBELL** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DREXEL UNIVERSITY, LEWIS BENNETT,** | : | |
| **FERNE COHEN, and TARA HAFYCZ** | : | **NO. 24-192** |

**ORDER**

**NOW**, this 30th day of September, 2026, upon consideration of Plaintiff Rebecca Campbell's Motion for an Award of Costs and Attorneys' Fees (Doc. No. 196), and a new trial having been granted, it is **ORDERED** that the motion is **DENIED AS MOOT**.

TIMOTHY J. SAVAGE, J.